WILLIAM E. GRAVES *vs.* ANNA M. SPRY.

*Justice of Peace—Execution—Return of no Goods after two Days—Statute—What are two Days—Practice.*

The statute (*Sec. 14, Rev. Code, 734*), which provides that a return of no goods may be made after two days from the date of the execution, is not complied with in a case where the execution is issued on the twenty-first and a return of no goods made on the twenty-third of the same month.

(*June 23, 1903,*)

LORE, C. J., and GRUBB and PENNWILL, J. J., sitting.

*James W. Lattomus* for plaintiff.

*Benjamin Nields* for defendant.

Superior Court, New Castle County, May Term, 1903.

RULE TO SHOW CAUSE why judgment should not be stricken from the record. A judgment was obtained by the plaintiff against the defendant before William R. Reynolds, a Justice of the Peace in and for New Castle County, and *scire facias* was issued on said judgment.

*Nields, for defendant :*—The statute (*Section 14, Revised Code, 747,*) provides that a return of no goods may be made after two days from the date of the execution. The execution in this case was issued on the 21st and a return of no goods was made on the 23d of the same month, as shown by the record.

LORE, C. J.:—The record discloses that two days had not elapsed after the date of the execution before the return was made, as required by the statute. On that ground, we order the rule made absolute.